UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MONICA LEE, | ) |
| Plaintiff, | ) Case No. 2:11-cv-01473-GMN-CWH |
| vs. | ) **ORDER** |
| BAC HOME LOANS SERVICING, LP, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Defendants' Motion to Strike Plaintiff's Motion for Extension of Time to File a Motion in Reply to Opposition to Defendants' Request for Judicial Notice (#18), filed December 7, 2011.

Plaintiff's motion (#16) requests additional time to reply to Defendants' request for judicial notice. Plaintiff identifies "ECF No. 6" as Defendants' request for judicial notice. The referenced docket entry is a summons issued by the Clerk of Court at Plaintiff's request. A review of the docket indicates that Defendants have not filed a request for judicial notice. Consequently, there are no grounds for the relief requested in Plaintiff's motion (#16). Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Strike Plaintiff's Motion for Extension of Time to File a Motion in Reply to Opposition to Defendants' Request for Judicial Notice (#18) is **granted**. The Clerk of Court shall strike Plaintiff's Request for Extension of Time (#16) from the docket.

DATED this 8th day of December, 2011.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**