1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  CHRISTINE M. PARVAN, ESQ.
   Nevada Bar No. 10711
3  Akerman Senterfitt LLP
   1160 Town Center Drive, Suite 330
4  Las Vegas, Nevada  89144
   Telephone:     (702) 634-5000
5  Facsimile:     (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: christine.parvan@akerman.com

7  *Attorneys for Defendants*
   *Bank of America, N.A., successor by merger to BAC*
8  *Home Loans Servicing, LP, MERSCORP, Inc.,*
   *Mortgage Electronic Registration Systems, Inc.,*
9  *Federal National Mortgage Association, and*
   *ReconTrust Company, N.A.*
10

11                **UNITED STATES DISTRICT COURT**

12                      **DISTRICT OF NEVADA**

13

14  MONICA LEE, an individual,                Case No.:  2:11-cv-01473-GMN-CWH

15                        Plaintiff,

16  vs.

                                               **ORDER CANCELING LIS PENDENS**
17  BAC HOME LOANS SERVICING, LP;
   MERSCORP, INC., a Virginia corporation;
18  MORTGAGE ELECTRONIC REGISTRATION
   SYSTEMS, INC., a subsidiary of MERSCORP,
19  Inc., a Delaware corporation; FEDERAL
   NATIONAL MORTGAGE ASSOCIATION;
20  RECONTRUST COMPANY; AND DOES
   individuals 1 to 100, inclusive; and ROES
21  Corporations 1 to 30, inclusive; and all other
   persons or entities unknown claiming any right,
22  title, estate, lien, or interest in the real property
   described in the Complaint adverse to Plaintiff's
23  ownership, or any cloud upon Plaintiff's title
   thereto,
24
                         Defendants.
25

26      On January 5, 2012 this Court issued an Order [Dkt. 23] granting defendants' Bank of

27  America, N.A., successor by merger to BAC Home Loans Servicing, LP (**BANA**), MERSCORP,

28  Inc. (**MERSCORP**), Mortgage Electronic Registration Systems, Inc. (**MERS**), Federal National

{22967217;1}                              1

Mortgage Association (**FNMA**), and ReconTrust Company, N.A. (**ReconTrust**, and together with BANA, MERSCORP, MERS and FNMA, d**efendants**)) Motion to Dismiss [Dkt. 17].

Defendants request that the lis pendens currently recorded against the subject property by plaintiff Monica Lee (**plaintiff**) be canceled.

The Court finds that plaintiff recorded two separate notices of lis pendens affecting real property.  Plaintiff recorded the first notice of lis pendens on August 31, 2011 as Instrument No. 201108310001762 in the real property records maintained by the Clark County Recorder..  Plaintiff recorded the second notice of lis pendens on November 14, 2011 as Instrument No. 201111140000650.  Copies of the Lis Pendens are attached hereto as Exhibits A and B, respectively, and fully incorporated by reference.

UPON CONSIDERATION of defendants' request to cancel the two referenced Lis Pendens, the Court grants defendants' requested relief and rules as follows:

Both of the lis pendens recorded by plaintiff as Instrument Nos. 201108310001762 and 201111140000650 are hereby cancelled, released and expunged.

This Order has the same effect as an expungement of both of the original lis pendens.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1     Defendants shall record a properly certified copy of this cancellation order in the real

2  property records of Clark County, Nevada within a reasonable amount of time from the date of this

3  O srder's issue.

4     **IT IS SO ORDERED** this 17th day of January, 2012.

5

6

7                                                        _____
                                                         Gloria M. Navarro
8  .                                                      United States District Judge

  **AKERMAN SENTERFITT LLP**
9
   _/s/  Christine M. Parvan_____
10  ARIEL E. STERN, ESQ.
    Nevada Bar No. 8276
11  CHRISTINE M. PARVAN, ESQ.
    Nevada Bar No. 10711
12  1160 Town Center Drive, Suite 330
    Las Vegas, Nevada  89144
13
    *Attorneys for Defendants*
14  *Bank of America, N.A., successor by merger*
    *to BAC Home Loans Servicing, LP, MERSCORP*
15  *Inc., Mortgage Electronic Registration Systems, Inc.,*
    *Federal National Mortgage Association,*
16  *and ReconTrust Company, N.A.*

17

18

19

20

21

22

23

24

25

26

27

28

**AKERMAN SENTERFITT LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572