ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
Akerman Senterfitt LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144
Telephone:	(702) 634-5000
Facsimile:	(702) 380-8572
Email: ariel.stern@akerman.com
Email: christine.parvan@akerman.com

*Attorneys for Defendants*
*Bank of America, N.A., successor by merger to BAC*
*Home Loans Servicing, LP, MERSCORP, Inc.,*
*Mortgage Electronic Registration Systems, Inc.,*
*Federal National Mortgage Association, and*
*ReconTrust Company, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MONICA LEE, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP; MERSCORP, INC., a Virginia corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a subsidiary of MERSCORP, Inc., a Delaware corporation; FEDERAL NATIONAL MORTGAGE ASSOCIATION; RECONTRUST COMPANY; AND DOES individuals 1 to 100, inclusive; and ROES Corporations 1 to 30, inclusive; and all other persons or entities unknown claiming any right, title, estate, lien, or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto,<br><br>                    Defendants. | Case No.:  2:11-cv-01473-GMN-CWH<br><br><br><br>**AMENDED ORDER CANCELING LIS PENDENS** |

On January 5, 2012 this Court issued an Order [Dkt. 23] granting defendants' Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP (**BANA**), MERSCORP, Inc. (**MERSCORP**), Mortgage Electronic Registration Systems, Inc. (**MERS**), Federal National

{22978216;1}                                                                    1

Mortgage Association (**FNMA**), and ReconTrust Company, N.A. (**ReconTrust**, and together with BANA, MERSCORP, MERS and FNMA, **defendants**)) Motion to Dismiss [Dkt. 17].

Defendants request that the lis pendens currently recorded against the subject property by plaintiff Monica Lee (**plaintiff**) be canceled.

The Court finds that plaintiff recorded two separate notices of lis pendens affecting real property.  Plaintiff recorded the first notice of lis pendens on August 31, 2011 as Instrument No. 201108310001762 in the real property records maintained by the Clark County Recorder..  Plaintiff recorded the second notice of lis pendens on November 14, 2011 as Instrument No. 201111140000650.  Copies of the Lis Pendens are attached hereto as Exhibits A and B, respectively, and fully incorporated by reference.

UPON CONSIDERATION of defendants' request to cancel the two referenced Lis Pendens, the Court grants defendants' requested relief and rules as follows:

Both of the lis pendens recorded by plaintiff as Instrument Nos. 201108310001762 and 201111140000650  are hereby cancelled, released and expunged.

This Order has the same effect as an expungement of both of the lis pendens filed as Instrument Nos. 201108310001762 and 201111140000650, respectively.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

{22978216;1}

2

1   Defendants shall record a properly certified copy of this cancellation order in the real
2   property records of Clark County, Nevada within ten (10) days of the date of this Order's issue.
3       **DATED** this 19th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge

**AKERMAN SENTERFITT LLP**

 /s/  Christine M. Parvan
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144

*Attorneys for Defendants*
*Bank of America, N.A., successor by merger*
*to BAC Home Loans Servicing, LP, MERSCORP*
*Inc., Mortgage Electronic Registration Systems, Inc.,*
*Federal National Mortgage Association,*
*and ReconTrust Company, N.A.*

{22978216;1}    3

# Exhibit A

# Exhibit A

{20722455;1}

Inst #: 201108310001762
Fees: $16.00
N/C Fee: $0.00
08/31/2011 09:47:38 AM
Receipt #: 898769
Requestor:
JUNES LEGAL SERVICES
Recorded By: EAH Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

## RECORDING COVER PAGE

Must be typed or printed clearly in black ink only.

APN# 176-20-110-158

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx



### TITLE OF DOCUMENT (DO NOT Abbreviate)

Notice of Lis Pendens Affecting Real Property

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

**Recording requested by:**

Monica Lee

**Return to:**

Name Monica Lee

Address 5402 Night Swim Lane

City/State/Zip Las Vegas, NV 89134

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

Electronically Filed
08/30/2011 03:39:15 PM

CLERK OF THE COURT

RECORDING REQUESTED BY: Plaintiff: Monica Lee
AND WHEN RECORDED MAIL TO:

**LISP**
Monica Lee (in pro se)
5402 Night Swim Ln
Las Vegas NV 89113
702-338-1902
Antony706@hotmail.com

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| MONICA LEE, an individual,<br><br>Plaintiff(s)<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP;<br>MERSCORP, INC., a Virginia Corporation,<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS, INC. a subsidiary of MERSCORP,<br>Inc., a Delaware corporation; FEDERAL<br>NATIONAL MORTGAGE ASSOCIATION;<br>RECONTRUST COMPANY; AND DOES<br>individuals 1 to 100, Inclusive; and ROES<br>Corporations 1 to 30, Inclusive; and all other<br>persons and entities unknown claiming any right,<br>title, estate, lien or interest in the real property<br>described in the Complaint adverse to Plaintiff's<br>ownership, or any cloud upon Plaintiff's title<br>thereto,<br><br>Defendants. | CASE NO.: A-11-647394-C<br><br>DEPARTMENT: VII<br><br>**NOTICE OF LIS PENDENS**<br>**AFFECTING REAL PROPERTY**<br>NOTICE: THIS LIS PENDENS IS EFFECTIVE UPON SERVICE OF THE PARTY REQUESTING SAME WHEN ISSUED AND AGAINST THE OTHER PARTY WHEN SERVED, AND SHALL REMAIN IN EFFECT FROM THE TIME OF ITS ISSUANCE UNITL TRIAL OR UNTIL DISSOLVED OR MODIFIED BY THE COURT. DISOBEDIENCE OF THIS LIS PENDENS IS PUNISHABLE BY CONTEMPT |

**TO: ALL INTERESTED PARTIES**
NOTICE IS HEREBY GIVEN pursuant to NRS Chapter 14, NRS 125.220, and NRS Chapter 608, that there is currently pending in the Judicial District Court.
The action which affects the Title to a specific parcel of real property and the right to lawful possession of the same, the property location is:

9168 Wine Cellar Avenue,  Las Vegas NV 89148

NOTICE OF PENDENCY OF ACTION

1

1
2  And of which the legal description is as follows: APN# 176-20-110-158
3  WINERIDGE EST PHASE 1 LOT 158, Plat Book 118, Page 25, Block X and by
   Certificate of record on 9/08/2005 in Book 20050908 as Inst. No.04369
4  all in the office of the County Recorder for Clark County, NEVADA.
5  and which is identified in the complaint of this action.
6  The property affected by the action is located in the County of Clark, Nevada. The natures of the claims are:
7  1. Violations of Unfair Lending Practices-NRS 598(D)
   2. Deceptive Trade Practices
8  3. Conversion
   4. Conspiracy to Conversion Related to MERS System
9  5. Inspection and Accounting
   6. Unjust Enrichment
10 7. Breach of Good Faith and Fair Dealing
   8. Injunctive Relief
11 9. Declaratory Relief
   10. Violations of the Fair Housing Act 42 U.S.C. §3601 *et seq.*
12 11. Forcible Entry
   12. Forcible Detainer
13 13. Wrongful Ejectment
   14. Wrongful Occupancy To Land
14 15. Trespass

15 NOTICE IS FURTHER GIVEN that YOU ARE HEREBY PROHIBITED AND
   RESTRAINED FROM; transferring, encumbering, selling or otherwise disposing of any
16 portion of said real property without the written permission of the court.

17
18 DATED this 22 day of August, 2011.

19                                                Plaintiff Signature(s):
20
                                                  *Monica Lee*
21                                                Monica Lee (in pro se)
                                                  5402 Night Swim Ln
22                                                Las Vegas NV 89113
                                                  702-338-1902
23                                                Antony706@hotmail.com

24                              **ACKNOWLEDGEMENT**

25 Subscribed and sworn to before me this 22 day of August 2011.

26 Signed: D. San Juan       Seal:        NOTARY PUBLIC
                                          STATE OF NEVADA
27                                        County of Clark
                                          D. SAN JUAN
28 NOTARY PUBLIC in and for the County of Clark, State  No: 05-93941-1
                                          My Appointment Expires Dec. 1, 2012

                              NOTICE OF PENDENCY OF ACTION

                                           2

# Exhibit B

Exhibit B

{20722467;1}

Inst #: 201111140000650
Fees: $19.00
N/C Fee: $0.00
11/14/2011 09:11:02 AM
Receipt #: 975789
Requestor:
PHUOC TRAN
Recorded By: SCA  Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

(3)

## RECORDING COVER PAGE

Must be typed or printed clearly in black ink only.

APN# 176-20-110-158
11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assessorprop/ownr.aspx

### TITLE OF DOCUMENT (DO NOT Abbreviate)

Notice - of - Lis Pendens - Affecting Real - Property

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

Recording requested by:
Phuoc - Tran

Return to:
Name: Monica - Lee
Address: 5402 - Night-Swim
City/State/Zip: Las-Vegas - NV 89113

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

Electronically Filed
08/30/2011 03:39:15 PM

*[signature]*

CLERK OF THE COURT

1  RECORDING REQUESTED BY: Plaintiff: Monica Lee
   AND WHEN RECORDED MAIL TO:

2  **LISP**
3  Monica Lee (in pro se)
   5402 Night Swim Ln
4  Las Vegas NV 89113
   702-338-1902
5  Antony706@hotmail.com

6  SPACE ABOVE THIS LINE FOR RECORDER'S USE

## DISTRICT COURT

## CLARK COUNTY, NEVADA

MONICA LEE, an individual,

    Plaintiff(s)

vs.

BAC HOME LOANS SERVICING, LP;
MERSCORP, INC., a Virginia Corporation,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC. a subsidiary of MERSCORP,
Inc., a Delaware corporation; FEDERAL
NATIONAL MORTGAGE ASSOCIATION;
RECONTRUST COMPANY; AND DOES
individuals 1 to 100, Inclusive; and ROES
Corporations 1 to 30, Inclusive; and all other
persons and entities unknown claiming any right,
title, estate, lien or interest in the real property
described in the Complaint adverse to Plaintiff's
ownership, or any cloud upon Plaintiff's title
thereto,

    Defendants.

CASE NO.: A-11-647394-C

DEPARTMENT: V11

**NOTICE OF LIS PENDENS
AFFECTING REAL PROPERTY**

NOTICE: THIS LIS PENDENS IS EFFECTIVE UPON SERVICE OF THE PARTY REQUESTING SAME WHEN ISSUED AND AGAINST THE OTHER PARTY WHEN SERVED, AND SHALL REMAIN IN EFFECT FROM THE TIME OF ITS ISSUANCE UNITL TRIAL OR UNTIL DISSOLVED OR MODIFIED BY THE COURT. DISOBEDIENCE OF THIS LIS PENDENS IS PUNISHABLE BY CONTEMPT

## TO: ALL INTERESTED PARTIES

NOTICE IS HEREBY GIVEN pursuant to NRS Chapter 14, NRS 125.220, and NRS Chapter 608, that there is currently pending in the Judicial District Court.

The action which affects the Title to a specific parcel of real property and the right to lawful possession of the same, the property location is:

    9168 Wine Cellar Avenue, Las Vegas NV 89148

NOTICE OF PENDENCY OF ACTION

1

1. And of which the legal description is as follows: APN# 176-20-110-158

WINERIDGE EST PHASE 1 LOT 158, Plat Book 118, Page 25, Block X and by Certificate of record on 9/08/2005 in Book 20050908 as Inst. No.04369 all in the office of the County Recorder for Clark County, Nevada.

and which is identified in the complaint of this action.

The property affected by the action is located in the County of Clark, Nevada. The natures of the claims are:
1. Violations of Unfair Lending Practices-NRS 598(D)
2. Deceptive Trade Practices
3. Conversion
4. Conspiracy to Conversion Related to MERS System
5. Inspection and Accounting
6. Unjust Enrichment
7. Breach of Good Faith and Fair Dealing
8. Injunctive Relief
9. Declaratory Relief
10. Violations of the Fair Housing Act 42 U.S.C. §3601 et seq.
11. Forcible Entry
12. Forcible Detainer
13. Wrongful Ejectment
14. Wrongful Occupancy To Land
15. Trespass

NOTICE IS FURTHER GIVEN that YOU ARE HEREBY PROHIBITED AND RESTRAINED FROM; transferring, encumbering, selling or otherwise disposing of any portion of said real property without the written permission of the court.

DATED this 22 day of August, 2011.

Plaintiff Signature(s):

Monica Lee (in pro se)
5402 Night Swim Ln
Las Vegas NV 89113
702-338-1902
Antony706@hotmail.com

I hereby attest and certify on 11/8/11 that the foregoing document is a full, true and correct copy of the original on file in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk

Subscribed and sworn to before me this 22 day of August 2011.

signed D. San Juan                    Seal:

NOTARY PUBLIC in and for the County of Clark, State

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
D. SAN JUAN
My Appointment Expires Dec. 1, 2012

NOTICE OF PENDENCY OF ACTION

2